# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 182 DB 2015 (No. 93 RST 2015) |
| | : | |
| | : | |
| CARL OXHOLM, III | : | Attorney Registration No. 30137 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 6th day of January, 2016, the Report and Recommendation of Disciplinary Board Member dated December 24, 2015, is approved and it is ORDERED that Carl Oxholm, III, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.